PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-mj-00137-SAB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY SENTENCE |
| SUSAN LEE PETERSON, | |
| Defendant. | |

## BACKGROUND

On October 19, 2017, defendant appeared before the Court for a change of plea and sentencing. The Court sentenced the defendant to a fine of $500, $10 special assessment, and a $30 processing fee, for a total financial obligation of $540. The Court placed the defendant on a payment schedule of $90 per month, for six months. Subsequent to the sentencing hearing, the Court and parties became aware that the $30 processing fee should not have been imposed in this case.

THEREFORE, defendant SUSAN LEE PETERSON, by and through her counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Assistant United States Attorney Michael Tierney, hereby stipulate and agree that the Court vacate the imposition of the $30 processing fee and modify the terms of the defendant's payment accordingly. Under this stipulation, the total financial obligation would be $510.

///

1

DATED: October 26, 2017

By:   /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
SUSAN LEE PETERSON

DATED: October 26, 2017     PHILLIP A. TALBERT
United States Attorney

By:   /s/ Michael Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

IT IS HEREBY ORDERED:

1. That the $30 processing fee imposed by the Court on October 19, 2017 be VACATED.
2. The defendant's total financial obligation will be $500 fine plus $10 special assessment. Payments of $85 per month shall commence on November 15, 2017 and be paid on the 15th day of each month thereafter until paid in full.

IT IS SO ORDERED.

Dated: **October 26, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE